```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JOHN E. JOHNSON, IV, and SALAHUDDIN SMART, | |
| Plaintiffs, | No. 22-cv-2065 (NLH)(MJS) |
| v. | MEMORANDUM OPINION |
| COUNTY OF BURLINGTON BOARD OF CHOSEN FREEHOLDERS, et al., | |
| Defendants. | |

IT APPEARING THAT:

1. Plaintiffs John E. Johnson, IV, and Salahuddin Smart filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. On May 4, 2022, mail sent to Plaintiff Johnson in another pending case was returned as undeliverable. Johnson v. County of Burlington, No. 22-2373, ECF No. 2.

3. On May 9, 2022, mail sent to Plaintiff Smart in that same matter was returned as undeliverable. Johnson, No. 22-2373, ECF No. 3.

4. Plaintiffs have not communicated with the Court regarding their new addresses, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their

1

client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5.  The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiffs may reopen this matter by submitting their updated addresses.

6.  An appropriate order follows.

Dated: May 17, 2022              s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.